

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| CITY OF EL PASO, | § | No. 08-19-00200-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| RHONDA E. LUEBS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV2030) |
|  | § |  |

## **O R D E R**

We have this day filed the City of El Paso's objection to the Appellee's Motion for Extension of Time to file an Appellee Brief. We note that despite the Appellee's certificate of conference stating that the parties had conferred about the motion and that the City was unopposed to the time extension, the City asserts counsel for the Appellee never, in fact, consulted with the City prior to filing the motion for extension of time. The City states that this was presumably a clerical error in the motion. Nevertheless, counsel as officers of the Court are admonished to be accurate in their sworn attestations in filings before this Court.

We have carefully considered the City's objection. The objection is overruled. The Appellee Brief remains due on October 4, 2019.

IT IS SO ORDERED this 25th day of September, 2019.

PER CURIAM